CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

PROTECT THE PUBLIC'S TRUST
Plaintiff(s)

Civil Action No. 1:26-cv-00190-CJN

vs.

U.S. DEPARTMENT OF THE INTERIOR
Defendant(s)

## AFFIDAVIT OF SERVICE

I, Erin Potter, hereby state that:

On the 22nd day of January 2026, I transmitted a copy of the summons and complaint in the above captioned case by email to the following defendant:

c/o Civil Process Clerk
U.S. Attorney's Office for D.C.
601 D Street NW
Washington, D.C. 20503

I received confirmation of the email's receipt and acceptance of service from a representative for the defendant on 1/22/26 with a copy of the confirmation attached as proof of service.

I declare under penalty of perjury that the foregoing is true and correct.

1/28/26
(Date)

/s/ Erin Potter
(Signature)

**Erin Potter (Dhillon Law)**

**From:** USADC-ServiceCivil <USADC.ServiceCivil@usdoj.gov>
**Sent:** Tuesday, January 27, 2026 3:27 PM
**To:** Erin Potter (Dhillon Law); USADC-ServiceCivil
**Cc:** Travis Yokoyama (Dhillon Law)
**Subject:** RE: PROTECT THE PUBLIC'S TRUST v. U.S. DEPARTMENT OF THE INTERIOR Case Number: 1:26-cv-00190-CJN

**External Email**

The summons and complaint have been received by email, with a service date of January 22, 2026.

Civil-process Clerk, U.S. Attorney's Office for the District of Columbia

---

**From:** Erin Potter (Dhillon Law) <EPotter@dhillonlaw.com>
**Sent:** Thursday, January 22, 2026 2:35 PM
**To:** USADC-ServiceCivil <USADC-ServiceCivil@usa.doj.gov>
**Cc:** Travis Yokoyama (Dhillon Law) <TYokoyama@dhillonlaw.com>
**Subject:** [EXTERNAL] PROTECT THE PUBLIC'S TRUST v. U.S. DEPARTMENT OF THE INTERIOR Case Number: 1:26-cv-00190-CJN

Good afternoon,

Please see the attached.

Thank you,

*Erin Potter, Paralegal*

Dhillon Law Group
2121 Eisenhower Avenue, Suite 608
Alexandria, VA 22314
EPotter@dhillonlaw.com

SAN FRANCISCO ADDRESS:
177 Post Street, Suite 700
San Francisco, California 94108